IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SARAH JEAN SHOFFNER,<br><br>    Defendant. | Case No.: 2:23-cr-00294-JAM<br><br>**ORDER GRANTING MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND** |

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of the defendant's sentencing, the defendant, or any other individual or entity on her behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

    OFFICE OF THE CLERK
    501 I Street, Suite 4-200
    Sacramento, CA 95814

3. The payment instrument(s) shall include the case number, 2:23-cr-00294-JAM .

///

4. Upon receipt, the Clerk shall promptly **DEPOSIT** the payment(s) into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall then be **TRANSFERRED** to the defendant's criminal case.

6. The Clerk shall apply the Deposit towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated:  December 01, 2023                    /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              SENIOR UNITED STATES DISTRICT JUDGE